United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-18461-ref
Darin Thomas Kull                                                         Chapter 13
Lois A. Kull
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv              Page 1 of 2         Date Rcvd: Jan 22, 2018
                            Form ID: 138NEW        Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2018.
```
db/jdb         +Darin Thomas Kull,    Lois A. Kull,    3195 Flinthill Road,    Hellertown, PA 18055-2607
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +NATIONSTAR MORTGAGE, LLC., DBA, CHAMPION MORTGAGE,    PO Box 630267,    Irving, TX 75063-0116
12937123       +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
12949871       +AES/PHEAA,    Po Box 8147,    Harrisburg, PA 17105-8147
12852212       +AES/PHEAA,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
12852213       +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
12873736        American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12852215      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    PO Box 982238,    El Paso, TX  79998)
12852214        Bank Of America,    2-1 N. Tryon Street,    Charlotte, NC  28202
12852216       +Bank Of America Home Loans,    450 American Street,    Simi Valley, CA 93065-6285
12858249       #Bank of America, N.A.,    NC4-105-02-99,    PO Box 26012,    Greensboro, NC 27420-6012
12921487       +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia PA 19106-1541
12861698       +Bank of America, N.A., et al,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13327492        ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
12863447        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
12852221       +Matha Verhayden,    139 Big Island Loope,    Deville, LA 71328-9770
13074551      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
12852865       +Scott M. Wilhelm, Esq.,    Winegar, Wilhelm, Glynn & Roemersma, P.C,    305 Roseberry Street,
                 Phillipsburg, NJ 08865-1600
12852222        Wells Fargo Dealer Services,    PO Box 25341,    Santa Ana, CA  92799-5341
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Jan 23 2018 01:53:55      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 23 2018 01:53:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 23 2018 01:53:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12852217        E-mail/Text: mrdiscen@discover.com Jan 23 2018 01:53:33      Discover Bank,    PO Box 15316,
                 Wilmington, DE  19850
12927762       +E-mail/Text: cio.bncmail@irs.gov Jan 23 2018 01:53:35      Department of Treasury,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
12925559        E-mail/Text: mrdiscen@discover.com Jan 23 2018 01:53:33      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12984271        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2018 02:01:50      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 7
```
```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*             ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr*             LVNV Funding LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC  29603-0587
12949914*      +AES/PHEAA,    Po Box 8147,    Harrisburg, PA 17105-8147
13327494*       ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
12852220*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    P.O. Box 37004,
                 Hartford, CT  06176-0004)
12852218      ##+Edwin A. Abrahamsen & Associates, PC,    Michael F. Ratchford, Esq.,    120 N. Keyser Avenue,
                 Scranton, PA 18504-9701
12852219      ##+Gordon & Weinberg, P.C.,    Frederic I. Weinberg, Esq.,    1001 E. Hector Street, Suite 220,
                 Conshohocken, PA 19428-2395
                                                                                 TOTALS: 0, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: dlv              Page 2 of 2              Date Rcvd: Jan 22, 2018
                              Form ID: 138NEW        Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A., et al
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT M. WILHELM    on behalf of Joint Debtor Lois A. Kull AshleyA@wwgrlaw.com,
               G27019@notify.cincompass.com
              SCOTT M. WILHELM    on behalf of Debtor Darin Thomas Kull AshleyA@wwgrlaw.com,
               G27019@notify.cincompass.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Darin Thomas Kull and Lois A. Kull
    Debtor(s)

Bankruptcy No: 12−18461−ref
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

>   400 Washington Street
>   Suite 300
>   Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 1/22/18